# In the United States Court of Federal Claims

No. 05-1391 C
(Filed February 24, 2006)

***********************************
WALDOBOROUGH VILLAGE ASSOCIATES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 23, 2006, a Joint Motion for a Stay of Proceedings was filed. Plaintiff and defendant request a stay of further proceedings while this case is in the court's Alternative Dispute Resolution ("ADR") pilot program.

Accordingly, it is **ORDERED** that the joint motion, filed February 23, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge